## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                           Case No.: 1:20–cr–00293
                                           Honorable Manish S. Shah

Rahul Shah

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2025:

        MINUTE entry before the Honorable Manish S. Shah: Pretrial conference held. On the government's oral motion, without objection from the defense, Count 11 of the second superseding indictment is dismissed. For the reasons stated in open court, the government's consolidated motions in limine, [252], are granted in part and denied in part. No. 1 is granted in part; the fact of the Yes Bank line of credit is admissible; the remainder of the motions are denied as premature or overbroad, with specific objections to be raised during trial, and as moot with respect to the authenticity certifications as the parties continue to work on stipulations. The government's motion to preclude certain cross–examination, [261], is entered and continued. Defendant's motion for leave to admit defense witness Jibi John's Rule 15 deposition, [254], is entered and continued to allow for supplemental briefing on the admissibility of the deposition under Fed. R. Civ. P. 28 (via Fed. R. Crim. P. 15(e)). See e.g., Azizpur v. AAA Life Ins. Co., 2025 WL 819700, at *1 (C.D. Cal. Feb. 27, 2025) (citing Tile Unlimited, Inc. v. Blanke Corp., 2013 WL 1668194, at *3 (N.D. Ill. Apr. 17, 2013); Menovcik v. BASF Corp., 2010 WL 4867408, *1 (E.D. Mich. Nov. 23, 2010)). Defendant's brief is due 6/6/25. The government's response is due 6/11/25. No written reply is permitted. Issues as to the admissibility of testimony within the deposition remain pending. The court will circulate a marked–up transcript by 6/10/25. For the reasons stated on the record, the defendant's motion to reconsider, [255], is denied without prejudice to the defense renewing a request to take depositions during the defense case–in–chief. The government's oral motion for early return of trial subpoenas is granted. Both sides may issue trial subpoenas with early return dates and must promptly disclose the results obtained from trial subpoenas to the other party. By 6/5/25, the defense must disclose to the government a list of potential witnesses that may be called in the defense case. The parties must email any corrections to the list of names mentioned in the jury letter by noon on 6/5/25 (proposed_order_shah@ilnd.uscourts.gov). As discussed on the record, beginning 6/6/25, counsel will make rolling morning disclosures to opposing counsel of witnesses and exhibits. Jury selection will begin at 9:30 a.m. on June 9. The lawyers should be present by 9:15 a.m. if there are issues to address. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.