# EXHIBIT A

Dear Sirs / Madam:

I write with deep respect to share a true reflection of my brother, Rahul Shah, and to request your thoughtful consideration of his character. This request stems from heartfelt conviction about the kind of man Rahul truly is—honest, selfless, and defined by compassion and integrity.

Rahul and I were raised in a close-knit family in Pune, India, grounded in the values of respect, truth, and service to others. Our father's untimely death in 1991 changed everything. At only twenty-two, Rahul set aside his own dreams to take responsibility for the family and its businesses during one of India's worst economic crises. Through determination and courage, he stabilized the companies, paid every lender and creditor in full, and protected our family's reputation. When stability returned, rather than profit for himself, Rahul chose to withdraw from the family business so our mother could join us in the United States, where she could be cared for.

After returning to the U.S., Rahul's drive led him to find his own ventures— Katalyst and Boardshare. These ventures reflected his core values. They employed hundreds of people domestically as well as globally. Rahul made it a priority to hire individuals from underrepresented backgrounds, creating opportunities for those often overlooked by society. Many of his employees have remained with him for over fifteen years, not because of financial rewards, but because of his kindness, mentorship, and personal concern for their wellbeing.

Rahul has shown the same generosity within our family and community. He has supported relatives through medical and financial crises, paid for children's education, and quietly stepped in wherever help was needed.

Despite the challenges and accusations surrounding the current case, Rahul's moral compass remains unchanged. Those who know him—family, employees, and friends—see a man guided by empathy and fairness, someone who believes in accountability but also in forgiveness. He has never sought personal enrichment at the expense of others and has lived his life in service to family, work, and community.

Rahul deserves the chance to continue contributing positively to society. Granting him clemency would not only restore his ability to rebuild and give back but also reaffirm the belief that decency, compassion, and lifelong integrity carry meaning in our justice system.

With the deepest respect and faith in your compassion,

Chirag D. Shah
Brother of Rahul Shah
7737 S. El Camino Drive
Tempe, AZ 85284, USA.