# EXHIBIT B

It is an honor for me to throw some light on the character of Rahul Shah.

I have known Rahul for almost 36 years now. We started our journey as Graduate students and have established a strong Sister/brother bond.

Through all my years of knowing Rahul, he has always and continues to exhibit hard work, great work ethic, integrity, honesty, dependability, compassion and generosity.

I can safely vouch that he is the most altruistic person I know. He has taken care of his immediate family, extended family and his friends, without wanting anything in return.

Although he is younger than me is is always watching out for my well being.

After the death of his father he had to grow up very fast. It was very refreshing for me to see a young student full of wisdom and maturity especially in the decisions he made.

After graduation, marriage, and fatherhood he reinforced my belief in him. He journeyed through those phases with dignity.

What is most remarkable is that he is a self made man and was successful in his pursuits, but always very humble.

I had the opportunity to meet his staff and it touched my heart, when they spoke highly of him and how he treated them with utmost respect and love.

I am so proud of him and will always be.

Dr. Taranum Chaudry LMFT
312 Crystal Springs Ln. N
Keizer
OR 97303
541-905-0109.