# EXHIBIT C

December 14, 2025

Evanston, IL

My husband Rahul Shah has always been eternally optimistic and trusting individuals, which is good thing, but has also been abused by others to his detriment. I have known Rahul since our days of university, where he was the first to offer help to any international student arriving to the university, whether picking them up from the airport, providing short term funds or being there in their times of need. This value system has been carried out throughout his life and continues to do so even today despite the multitude of challenges he faces both mentally and health wise.

The Rahul I know would give the last dollar he has to help someone in need. As he was building Katalyst over the years, he would always say, "We should be the last in line to be paid." Despite my advice on not taking any funds or diluting the equity in Katalyst, he made an error in judgement by trusting the Valia and Shanghvi family. For over 10 years, Katalyst thrived and there were no defaults, or any false documentation. N2N Technologies India, our business in India, which is a publicly listed company (and which is not related to the U.S. N2N entity that applied for a PPP loan), never had any issues, nor did it borrow any money.

At the heart of it – Rahul is builder and a risk taker. An entrepreneur, he truly believes that business creates more opportunity for growth and success for all. At Katalyst, he has created 1000s of jobs, providing job opportunities for individuals from low-income households in India and uplifting the lives of their families. The reason for creating Boardshare wasn't to enrich our family. Boardshare was intended to bridge the digital divide in the world, and even today, we have many low-income schools reach out to us to provide units for their classrooms.

The goal for our family was never to enrich ourselves. We have committed to give away 90% of our wealth (assume we are able to get access to these funds) to the less fortunate in this world. This has been Rahul's guiding principle from day 1.  We started our lives in Chicago in a cheap apartment, and material wealth has never or nor will mean anything to us. The assertion that we stole money to enrich ourselves and live a lavish lifestyle is simply false. Our idea of great night out is going to dinner at Olive Garden and watching movies at the local AMC on Bargain Tuesday ($6). Spending time with our family, kids and being supportive of our community has always been Rahul's way of enjoying the "good life".

Rahul always and still prioritizes the well-being of people who he meets or comes in contact. Case in point, my sister Asha who was a victim of domestic abuse and tried to end her life. Rahul essentially dropped everything to ensure Asha and her daughter Neha were protected and safe, and made sure they were comfortable in our home in Skokie. Rahul raised Neha starting when

she was 18 months old, when she moved in, as his own child, made sure there was no difference in care, affection, love, opportunities between her and our son Naman. Neha, who has never met her biological father, still calls and considers Rahul "Dad."

While Rahul isn't perfect and has flaws as any human being, I know one thing: he's honest, and he would never harm someone to enrich himself. He built Katalyst, which continues to thrive and make significant money (though we have no control and very limited visibility), from the ground up.

The values Rahul has given to our son Naman and to Neha, speak volumes about Rahul's character. Naman has grown into a fine young man, mature for his age and providing a strong shoulder for Rahul and I to lean on. We hope Rahul can be there for many of Naman's major life events – graduation from Columbia, his wedding, and hopefully grandchildren.

Rahul has significant health issues, which are of great concern to me, and I fear that his health may not hold up in prison environment, and I may never see him again.

I don't understand the legal matters, but I know if Rahul had the ability and access to repay all the debt owed to the banks, which he tried many times, he would do it in a heartbeat. The world is better place with Rahul not being prison. I do urge you to look at the whole picture and not take a narrow point of view. I urge you to please spare Rahul from the harsh environment of prison, which I know he will not able to survive— to the maximum possible extent.

Shobha Shah, Ph.D