# EXHIBIT D

Sitting through my dad's trial was the most surreal experience of my life. The individual portrayed by the government was not the dad I have known. I would like to share four examples of what type of my person my father is. These examples are just a few of many experiences that have shaped my values and love for my dad, Rahul Shah.

First, my dad and I watched sports together on TV when I was three years old, which ignited in me a love of sports. My dad would spend countless hours (sometimes while simultaneously on the phone dealing with work) taking me to practices and games.  I always knew that my dad was behind me, win or lose.  That time spent together is one of my most cherished memories.

Second, in 2001, when I was four years old, and the only child of my parents, who had showered me with all the attention and love one can imagine, a new person was introduced in my life. My cousin Neha, who was 18 months and had never met her biological father, suddenly entered my world. I had to share my toys, my books, my friends, and, most importantly, my dad.  Dad not only embraced and welcomed Neha as his own child, but always told me to be kind and love her as my own younger sister. The idea of kindness and sharing was, as your Honor can imagine, met with resistance by my four-year-old self, but over time, I grew to love and treat Neha as a sister. My parents always say they have two kids; N2N Technologies is Naman and Neha. Dad never distinguished Neha as not being his kid. The spirit of kindness, accepting people as they are, is so central to my values today, thanks to my dad's example.

My third example relates to how dad has taken care of his team – no matter who they were or where they came from. In December 2007, we had a trip planned to India. I was excited as my best friend, Ian, was also going to join us. Only eleven years old at the time, I was looking forward to spending time exploring India with my friend and my parents.  A few weeks prior to our trip, one of his employees fell sick and was hospitalized. The employee's family was based in India and due to visa restrictions, they were unable to travel. My dad became the family's representative, communicating with the doctors and the family in India. Unfortunately, the employee's health took a turn for the worse and dad was told to "pull the plug". I remember my dad telling me he was going to the hospital to do the administrative paperwork and sit with the employee, as he felt no should die alone. He spent most of the evening with the employee, and till he passed away that evening. Since the family was in India, they wanted to perform the last Hindu rites in India. Given the many logistical issues involved, he cancelled our vacation to ensure the employee's body was flown to India and that the family was able to perform the last rites. While I was disappointed and angry at the time, today I look back at the experience and how it has shaped me. My dad showed me, then and on so many other occasions, that everyone and every life is important and needs to be treated with dignity, respect, and care. My dad always said that

Katalyst is an extended family and that we needed to take care of that family, and he backed that up with his actions.

The fourth example I want to share relates to my dad's excitement and commitment to serve the community. For years, the family has been supportive of arts and culture. As a child, I was introduced to music, art, and embracing different cultures. Our family has supported various intuitions in Chicago and India. One organization that particularly shaped my views on giving is Door Step School. Door Step School is an organization that provides books and educational material to transient workers' children. These individuals work at construction sites and live in tin shanties, without access to any education for their children. The parents are day laborers, and the children are left on their own. Door Step School sent teacher "angels" to teach the kids 3 basic things: how to read their own names, how to write their own names, and how to do basic math, up to the grade 3 level. After that, the students transition to the local government-run school if they continue live in the city. Our family has sponsored many thousands of kids over the years. During my many trips to India, my dad suggested that I spend half-day at one of the schools. The experience moved me so much that when I came back home, I rallied my friends and classmates to donate pencils, books, and basic materials.

The ability to transform someone's life at a very basic level has been so foundational to my values. These values shaped my perspective on business as well. Before business school, I worked on Wall Street and then for a startup in Brooklyn. One day, I was talking with a few Uber Eats couriers who were standing by a battery charging unit. As I spoke to them and came to understand some of the challenges they faced, we walked into the "garage" of the company building these units. I became employee 2 and helped scale this scrappy battery swapping business in New York city for Uber eats e-bike couriers from $0-$250k in ARR. This business helps reduce battery fires and provides an economical and convenient way for delivery workers to make their routes on time. The idea of helping marginalized individuals and, my tolerance for the "grind" necessary to build a business, came from the way my dad has built and lived his life.

Your Honor, I request that you look at the total picture, of an individual who built a large business, and has shown generosity and a true willingness to take care of his team. The values I live by are integrity, kindness, generosity and acceptance, and these are all thanks to my dad.

Thank you,



Naman Rahul Shah