# EXHIBIT E

December 5, 2025

Dear Sir/Madam,

I am writing to share my heartfelt support and respect for my cousin, Rahul Shah, and to offer an honest reflection of his character, integrity, and the positive role he has played in our family and community. I want to emphasize the many ways he has consistently demonstrated compassion, responsibility, and selflessness.

Over the years, Rahul has been a steady presence of generosity and leadership within our family. When I began my business, he was among the first to offer guidance, resources, and encouragement—help that was invaluable to getting it off the ground. His business advice and mentorship were not only practical but also deeply motivating, reflecting his genuine desire to see others succeed.

Beyond his professional guidance, Rahul has served as a mentor and role model to my daughter, instilling in her the values of perseverance, respect, and generosity that he lives by each day. He is an earlier adopter, investor and guide to my daughter as she launches her own AI startup. He has also supported extended family members in tangible ways, from assisting with college expenses to providing care for my father when health challenges arose. His quiet reliability and devotion to family have earned him the admiration and gratitude of everyone who knows him.

Community service has also always been close to his heart. When our family members faced the painful realities of cancer and diabetes, Rahul turned hardship into action, volunteering his time and contributing financially to local charities dedicated to supporting patients and research. His empathy and commitment to helping others reflect a deep moral strength and sense of duty.

For all these reasons, I ask the Court to consider the breadth of his character, his history of compassion, and his ongoing contributions to both family and community. I truly believe that Rahul remains a positive influence capable of continuing to do much good if given the opportunity for leniency and redemption.

With respect and sincerity,
Trideep Shah

Cousin of Rahul Shah
9644 Lawler Avenue
Skokie, IL 60077, USA